Soomal Akhund (SBN # 297515)
THE LAW OFFICES OF SOOMAL AKHUND
15051 Don Julian Rd.,
Industry, CA 91746
Telephone: 714-595-3789
Facsimile:  626-626-2520
Email: akhundlaw@gmail.com

Attorneys for Defendants:
Orange Harbor LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Nehemiah Kong,<br><br>                    Plaintiffs,<br><br>v.<br><br>**Orange Harbor LLC**, a California limited liability Company; and DOES 1- 10,<br><br>                    Defendants. | CASE NO.   8:19-cv-00435-AG-DFM<br><br>**DEFENDANTS' ANSWER TO COMPLAINT**<br><br><br><br>Trial Date: None Set.<br>Honorable Andrew J. Guilford |
|---|---|

Defendants, Orange Harbor LLC, a California Limited Liability Company ("Defendants"), in answer to the Complaint of Plaintiff Nehemiah Kong ("Plaintiff"), admit, allege, and deny as follows:

## ANSWER TO PLAINTIFF'S
## ALLEGATIONS OF PARTIES

1.  In response to the allegations in paragraph 1 of the Complaint, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

2. In response to the allegations in paragraphs 2 and 4 of the Complaint, Defendants admits it has an ownership interest in the property located at 1123 S. Harbor Blvd., Fullerton, California and did so on October 2018.

3. In response to the allegations in paragraphs 3 and 5 of the Complaint, Defendants admits it has an ownership interest in the property located at 1125 S. Harbor Blvd., Fullerton, California and did so on October 2018.

4. In response to the allegations in paragraph 6 of the Complaint, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

## ANSWER TO PLAINTIFF'S ALLEGATIONS OF JURISDICTION AND VENUE

5. Defendants state that the allegations of paragraphs 7 through 9 of the Complaint constitute legal conclusions by Plaintiff, for which no response is required. To the extent a response is required, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

## ANSWER TO PLAINTIFF'S FACTUAL ALLEGATIONS

6. In response to the allegations in paragraph 10 of the Complaint, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

7. In response to the allegations in paragraph 11 of the Complaint, Defendants admit that portions of the business establishment are open to the public.

8. In response to the allegations in paragraphs 12 through 19 of the Complaint, Defendants allege that they are without sufficient information or belief as to the matters set forth therein, and placing their denial on that basis, deny each and every allegation set forth therein.

9. Defendants state that the allegations of paragraphs 20 through 23 of the Complaint constitute legal conclusions by Plaintiff, for which no response is required. To the extent a

1  response is required, Defendants allege that they are without sufficient information or belief as
2  to the matters set forth therein, and placing their denial on that basis, deny each and every
3  allegation set forth therein and specifically denies that any spaces are required.

4     10.  In response to the allegations in paragraphs 24 through 32 of the Complaint,
5  Defendants allege that they are without sufficient information or belief as to the matters set
6  forth therein, and placing their denial on that basis, deny each and every allegation set forth
7  therein.

8     11.  Defendants state that the allegations of paragraph 33 through 36 of the Complaint
9  constitute legal conclusions by Plaintiff, for which no response is required. To the extent a
10  response is required, Defendants allege that they are without sufficient information or belief as
11  to the matters set forth therein, and placing their denial on that basis, deny each and every
12  allegation set forth therein.

13  <center>**ANSWER TO PLAINTIFF' DEMAND FOR RELIEF**</center>

14     12.  The remaining allegations in the Complaint are merely prayers for relief requiring no
15  response from Defendant. To the extent that any response by Defendants is required,
16  Defendants deny that Plaintiff is entitled to any remedy or relief and deny that Plaintiff has
17  suffered any injury or damage in this matter.

18  <center>**AFFIRMATIVE DEFENSES**</center>
19  <center>**FIRST AFFIRMATIVE DEFENSE**</center>
20  <center>(Failure to State a Claim)</center>
21      Defendants are informed and believe, and based thereon allege, that the Complaint,
22  and each and every claim therein, fails to state a claim for which relief can be granted and
23  should, therefore, be dismissed.

24  <center>**SECOND AFFIRMATIVE DEFENSE**</center>
25  <center>(Small Business)</center>
26      Defendants operates a small business as that term is used in Civil Code section
27  55.56.
28  //

1

### THIRD AFFIRMATIVE DEFENSE

2

(Mootness)

3   The Complaint and each purported claim for injunctive relief alleged therein fail as

4   against Defendants on the grounds that the conditions as to which there could be any legal

5   obligation to make alterations do not or no longer exist and therefore the claims are moot.

6

### FOURTH AFFIRMATIVE DEFENSE

7

(Not Authorized by Unruh Act)

8   Plaintiff is barred from obtaining relief under California Civil Code Sections 51, et seq.

9   because nothing therein may be construed to require any construction, alternation, repair,

10  structural or otherwise, or modification of any sort whatsoever, to any existing establishment,

11  facility, building, improvement, or any other property.

12

### FIFTH AFFIRMATIVE DEFENSE

13

(Alterations Were Made to Ensure that the Facility Would

14

Be Readily Accessible to the Maximum Extent Feasible)

15  Without conceding that Defendants made any "alterations" within the meaning of

16  disability access laws, any allegedly wrongful acts or omissions performed by Defendants, if

17  there were any, do not subject Defendants to liability because any "alterations" to the subject

18  properties, including to the features alleged in the Complaint, were made to ensure that the

19  facilities would be readily accessible to the maximum extent feasible. 28 C.F.R. § 36.402.

20

### SIXTH AFFIRMATIVE DEFENSE

21

(Reliance on Issuance of Building Permits)

22  Defendants are informed and believe, and based thereon allege, that the Complaint

23  and each purported claim for relief alleged therein are barred in whole or in part because local

24  building authorities issued appropriate permits for the property at all times during which

25  construction occurred, and Defendants had a right to rely on the issuance of the permits as

26  establishing compliance with all applicable laws, regulations, orders, and approvals.

27  //

28  //

**DEFENDANTS' ANSWER TO COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SEVENTH AFFIRMATIVE DEFENSE

### (Readily Achievable)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because Defendants have made and continue to make appropriate accessibility changes at the Property to the extent that such changes are "readily achievable." To the extent that Defendants have not made changes that Plaintiff contends should have been made, those changes are not required under applicable law and are not "readily achievable."

## EIGHTH AFFIRMATIVE DEFENSE

### (Defendants Provided Services Via Alternative Methods)

Any allegedly wrongful acts or omissions performed by Defendants or their agents, if there were any, do not subject Defendants to liability because Defendants accommodated or were ready and willing to accommodate Plaintiff' alleged disability by providing access via "alternative methods" other than the removal of alleged barriers, such as, by personally assisting Plaintiff overcome/deal with any of the barriers alleged in the Complaint.

## NINTH AFFIRMATIVE DEFENSE

### (Lack of Standing of Associated Persons)

Defendants are informed and believe, and based thereon allege, that Plaintiff lacks standing to assert the Complaint, and each purported claim for relief alleged therein because Plaintiff cannot show such person suffered injury in fact.

## TENTH AFFIRMATIVE DEFENSE

### (Lack of Standing for Violations Not Encountered)

Defendants are informed and believe, and based thereon allege, that Plaintiff lacks standing to assert the Complaint, and each purported claim for relief alleged therein, as to any alleged disability access violations not encountered because Plaintiff cannot show injury in fact as to such violations.

//
//

DEFENDANTS' ANSWER TO COMPLAINT

## ELEVENTH AFFIRMATIVE DEFENSE

### (Waiver)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part by the doctrine of waiver.

## TWELFTH AFFIRMATIVE DEFENSE

### (Lack of Notice)

Defendants are informed and believe, and based thereon allege, that Plaintiff is barred from bringing his Complaint against Defendants because Defendants did not have actual or constructive notice of the purported conditions causing alleged injuries, losses, damages, or violations, and thusly the risk of injury, if any, to Plaintiff was not reasonably foreseeable.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Performance of Duties)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because Defendants fully performed any and all statutory, and other duties owed to Plaintiff under applicable law.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (No Barriers)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred to the extent that Plaintiff did not encounter any barrier to access or usability at the property.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Reasonableness, Good Faith, and Non-Discrimination)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred in whole or in part because Defendants acted reasonably, honestly, in good faith, and in a non-discriminatory manner at all times based on all relevant facts and circumstances known by them at the time they so acted.

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SIXTEENTH AFFIRMATIVE DEFENSE

### (No Discrimination)

Defendants are informed and believe, and based thereon allege, that the claim for relief alleged in the Complaint under California Civil Code Sections 51 et seq. is barred because Defendants' conduct is applicable alike to all persons.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Good Faith Barrier Removal)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred because Defendants have fulfilled her legal obligations by making and continuing to make good faith efforts to engage in readily achievable barrier removal.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (No Duty)

Defendants are informed and believe, and based thereon allege, that the Complaint and each purported claim for relief alleged therein are barred because Defendants did not owe and did not breach any legally cognizable duty to Plaintiff.

## NINETEENTH AFFIRMATIVE DEFENSE

### (No Damage)

Defendants are informed and believe, and based thereon allege, that Plaintiff is not entitled to any damages because Plaintiff has not suffered any cognizable damage or other harm as a result of Defendant's acts or omissions.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Adequate Legal Remedy)

Plaintiff is not entitled to any injunctive or equitable relief because Plaintiff has adequate legal remedies.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (No Irreparable Harm)

Plaintiff is not entitled to any injunctive or equitable relief because Plaintiff has not and will not suffer irreparable harm or injury.

//

DEFENDANTS' ANSWER TO COMPLAINT

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (Effective Access)

The purported architectural barriers provide effective access to Plaintiff. Even if the features alleged in the Complaint did not comply with applicable access standards, the features nonetheless provided effective access to Plaintiff because any alleged noncompliance was de minimis, the features were usable and accessible despite their alleged noncompliance, and/or Plaintiff was able to use and access the features.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (Equivalent Facilitation)

Any allegedly wrongful acts or omissions performed by Defendant or its agents, if there were any, do not subject Defendant to liability because Defendant provided equivalent facilitation with respect to the barriers alleged in the Complaint.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

### (Effective Access)

The purported architectural barriers provide effective access to Plaintiff. Even if the features alleged in the Complaint did not comply with applicable access standards, the features nonetheless provided effective access to Plaintiff because any alleged noncompliance was de minimis, the features were usable and accessible despite their alleged noncompliance, and/or Plaintiff was able to use and access the features.

## RIGHT TO PLEAD ADDITIONAL AFFIRMATIVE DEFENSES

Defendants do not presently know all the facts and circumstances respecting Plaintiff's claims. Defendants reserve the right to amend this Answer should she later discover facts demonstrating the existence of additional affirmative defenses.

## PRAYER FOR RELIEF

WHEREFORE, DEFENDANTS hereby prays for the following relief:

1.     That Plaintiff takes nothing by reason of the Complaint and that Judgment be rendered in favor of Defendants;

2.     That Defendants be awarded her attorneys' fees and the costs of suit incurred by it in this action; and

3.     For such other and further relief as the Court deems just and proper.

**Dated: May 13, 2019**            LAW OFFICES OF SOOMAL AKHUND


By: /s/ Soomal Akhund
    SOOMAL AKHUND
    Attorney for Defendants